[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14135
Non-Argument Calendar
_____

D.C. Docket No. 4:13-cr-00030-RH-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD TUCKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(July 17, 2014)

Before WILSON, PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Chet Kaufman, on behalf of Randolph Murrell, appointed counsel for Richard Tucker, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Tucker's conviction and sentence are **AFFIRMED.**